No. 76–864. CITY OF LAFAYETTE, LOUISIANA, ET AL. v. LOUISIANA POWER & LIGHT Co. C. A. 5th Cir. [Certiorari granted, 430 U. S. 944.] Motion of National Rural Electric Cooperative Assn. et al. for leave to file a brief as *amici curiae* granted.

No. 76–938. FEDERAL MARITIME COMMISSION ET AL. v. PACIFIC MARITIME ASSN. ET AL. C. A. D. C. Cir. [Certiorari granted, 430 U. S. 905.] Motion of Wolfsburger Transport-Gesellschaft m. b. H. for leave to file a brief as *amicus curiae* granted.

No. 76–1057. KEY ET AL. v. DOYLE ET AL. Appeal from Ct. App. D. C. [Probable jurisdiction postponed, 430 U. S. 929.] Motion of American Jewish Congress for leave to file a brief as *amicus curiae* granted.

No. 76–1172. FIRST NATIONAL BANK OF BOSTON ET AL. v. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. [Probable jurisdiction postponed, 430 U. S. 964.] Motions of Pacific Legal Foundation, New England Council, and Chamber of Commerce of the United States of America for leave to file briefs as *amici curiae* granted.

No. 76–1200. CRIST, WARDEN, ET AL. v. CLINE ET AL. Appeal from C. A. 9th Cir. [Probable jurisdiction postponed, 430 U. S. 982.] Motion of appellees for divided argument granted. Motion of appellee Cline for appointment of counsel granted, and it is ordered that W. William Leaphart, Esquire, of Helena, Mont., is appointed to serve as counsel for appellee Cline in this case. Motion of appellee Bretz for leave to proceed *in forma pauperis* granted.

No. 76–1464. UNIVERSITY OF CHICAGO AND ARGONNE v. McDANIEL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.